UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E'JAI BEY,<br><br>                         Plaintiff,<br><br>-against-<br><br>OFFICER BADGE #1149, ET AL,<br><br>                       Defendants. | 22-CV-6996(LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 7, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 7, 2022
             New York, New York

                                                               /s/ Laura Taylor Swain
                                                               LAURA TAYLOR SWAIN
                                                        Chief United States District Judge